**FIRST INTERSTATE BANK OF DENVER, N.A., Plaintiff,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Defendant.**

Civ. A. No. 87–C–929.

United States District Court, D. Colorado.

Dec. 26, 1989.

## ORDER

CARRIGAN, District Judge.

Upon consideration of the parties' Joint Motion To Dismiss and Vacate Judgment, it is hereby

ORDERED that the parties' Joint Motion to Dismiss and Vacate Judgment is hereby GRANTED, and it is further

ORDERED that the Courts' Judgment dated July 25, 1989, is hereby VACATED.